

NUMBER 13-16-00162-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI c EDINBURG

AMERICAN SURGICAL ASSISTANTS,
INC. D/B/A AMERICAN SURGICAL
PROFESSIONALS,                                                    Appellant,

v.

JUAN JOHNNY DE DIOS VILLEGAS, ET AL.,                    Appellees.

On appeal from the 148th District Court
of Nueces County, Texas.

## ORDER TO FILE REPORTER'S RECORD

**Before Justices Garza, Perkes, and Longoria**
**Order Per Curiam**

This cause is before the Court on the reporter's failure to file the record. The

reporter's record in this matter was originally due on June 20, 2016. The reporter has

previously requested and received three extensions of time to file the record. The

reporter has filed a fourth extension requesting an additional 45 days to file the reporter's record.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have filed the record in this matter.

Reporter, Sandra Chavez, is hereby ORDERED to file the reporter's record in this Court on or before December 19, 2016. No further motions for extension of time will be entertained by the Court. If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(2).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed
the 17th day of November, 2016.

2